

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00114-CR

Kristi **COLLINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 16-09-180-CRW
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 15, 2019.

_____
Rebeca C. Martinez, Justice